In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00508-CR

_____

IN RE JASON BERNARD WILLIAMS

_____

Original Proceeding

_____

MEMORANDUM OPINION

In a petition for writ of mandamus, Jason Bernard Williams contends the Judge of the 1-A District Court of Newton County, Texas, violated a ministerial duty to vacate a judgment that Williams contends is void. According to Williams, following his plea bargain, he was convicted in 1993 of capital murder and sentenced to life in prison. Williams argues his conviction is void because a jury cannot be waived in a capital case. *But see* Act of May 27, 1991, 72nd Leg., R.S., Ch. 652, § 1, 1991 Tex. Gen. Laws 2394, 2394 (effective September 1, 1991) (current version at Tex. Code Crim. Proc. Ann. art. 1.13 (West Supp. 2014)) (authorizing waiver of jury trial for an offense other than a capital felony case in which the State seeks the death penalty).

1

Williams failed to furnish an appendix or record supporting his claim for relief. *See* Tex. R. App. P. 52.3(k), 52.7. Because the trial court's jurisdiction expires when a case becomes final or is taken to a higher court, Williams cannot demonstrate the trial court must act on his request to set aside the judgment. The information in Williams' petition for mandamus shows that the trial court's jurisdiction over his case expired long before September 30, 2014, the date Williams claimed he filed a motion with the trial court seeking relief from his conviction. *See State v. Patrick*, 86 S.W.3d 592, 596-97 (Tex. Crim. App. 2002).

To obtain relief in a writ of mandamus proceeding, a relator must establish that the trial court failed to perform a ministerial duty, and that the relator has no other adequate legal remedy. *See State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001). Because Williams has not demonstrated that he is entitled to the relief sought in his petition, we deny his petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on December 9, 2014
Opinion Delivered December 10, 2014
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

2